## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| REBECCA MCGARRY AND PETER MCGARRY W/H | : No. 846 MAL 2015 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| PHILLY ROCK CORP. AND PRG CLIMBING CENTER, INC. AND PHILADELPHIA ROCK GYM, INC. AND PRG HOLDINGS, INC. | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  REBECCA MCGARRY | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue and Justice Wecht did not participate in the consideration or decision of this matter.